

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2025

No. 04-25-00300-CV

**IN RE** Cortney **AUSTIN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:   Irene Rios, Justice
           Adrian A. Spears II, Justice
           Velia J. Meza, Justice

On May 12, 2025, relator, Cortney Austin, filed a petition for writ of mandamus. The real party in interest, Jacob See, filed a response. After reviewing the petition and response, we have determined that relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is **CONDITIONALLY GRANTED**. *See* Tex. R. App. P. 52.8(c).

Within fifteen (15) days from the date of this order, respondent, the Honorable Cynthia Marie Chapa, is **ORDERED** to: (1) vacate the Order Granting Original Petition for Bill of Review; and (2) reinstate the December 4, 2023 default judgment in cause number 2023-CI-05626. The writ will issue only if we are notified that Judge Chapa has not complied with this order.

It is so **ORDERED** on November 5, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2024-CI-16670, styled *Jacob See v. Cortney Austin*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.